IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) ) | Case No. 7:11-cv-00672-HMH |
| Plaintiff, | ) ) | |
| v. | ) ) | **CONFESSION OF JUDGMENT** |
| SAMUEL F. EAKIN, | ) ) ) | |
| Defendant. | ) ) | |

I, Samuel F. Eakin, do hereby confess judgment in the above-captioned cause in favor of the Plaintiff therein, Westchester Fire Insurance Company, in the amount of One Million Eighty-Two Thousand Fifty Three and 30/100 ($1,082,053.30) Dollars this _____ day of August, 2012.

_____
**Samuel F. Eakin**

SWORN to before me this
_____ day of August, 2012.

_____(SEAL)
Notary Public for South Carolina
My Commission Expires: _____

**EXHIBIT A**