**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | ) | Case No. 7:11-cv-00672-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONFESSION OF JUDGMENT** |
| v. | ) | |
| | ) | |
| SAMUEL F. EAKIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached for filing is a Confession of Judgment executed by Samuel F. Eakin in favor of Plaintiff, Westchester Fire Insurance Company, in the amount of One Million Eighty-Two Thousand Fifty Three and 30/100 ($1,082,053.30) Dollars dated August 28, 2012.

This 7th day of September, 2012.

Respectfully submitted,

By:   s/Kimila L. Wooten
Kimila L. Wooten (Fed. ID No. 5525)
ELMORE GOLDSMITH, PA
55 Beattie Place, Suite 1050 (29601)
Post Office Box 1887
Greenville, South Carolina 29602
(864) 255-9500-Telephone
(864) 255-9505-Facsimile
kwooten@elmoregoldsmith.com
Counsel for Plaintiff, Westchester Fire Insurance Company